## U.S. HOME CORPORATION, a Delaware corporation, Plaintiff–Appellant,

v.

## MARYLAND CASUALTY CO., a Maryland insurance company; Zurich American Insurance Company, a New York insurance company, Defendants–Appellees.

No. 06–15092.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 6, 2007.

Filed Dec. 20, 2007.

Arthur W. Pederson, Esq., Nathaniel Bishop Rose, Esq., Mohr Hackett Peder-

---

** The Honorable Robert E. Cowen, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

son Blankley & Randolph, PC, Phoenix, AZ, for Plaintiff–Appellant.

[Ret] Joshua D. Rogers, Esq., Steven Plitt, Esq., Kunz Plitt Hyland Demlong & Kleifield, P.C., Phoenix, AZ, for Defendants–Appellees.

Before: KOZINSKI, Chief Judge, COWEN,* and HAWKINS, Circuit Judges.

### MEMORANDUM **

Appellant's complaint fails to allege any property damage other than the defective stucco and damage resulting from repair of that stucco. Under Arizona law, the faulty stucco, standing alone, does not constitute an "occurrence" as defined in the insurance policy. *See United States Fid. & Guar. Corp. v. Advance Roofing & Supply Co.,* 163 Ariz. 476, 788 P.2d 1227, 1233 (1989); *see also Lennar Corp. v. Auto–Owners Ins. Co.,* 214 Ariz. 255, 151 P.3d 538, 545 (2007). Additionally, the cost of repairing the stucco does not constitute "property damage" under the language of the policy. *See Advance Roofing,* 788 P.2d at 1233; *see also Lennar Corp.,* 151 P.3d at 545. Appellant's reliance on *University Mechanical Contractors of Arizona, Inc. v. Puritan Insurance Co.,* 150 Ariz. 299, 723 P.2d 648 (1986), is misplaced in this case.

**AFFIRMED.**

* The Honorable Robert E. Cowen, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.